IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, C.B. and J.B.                                    PLAINTIFFS/
                                              COUNTER-DEFENDANTS

v.                    No. 4:23-cv-1039-DPM

PULASKI COUNTY SPECIAL SCHOOL                  DEFENDANT
DISTRICT                                       COUNTER-CLAIMANT

## JUDGMENT

The Court affirms the hearing officer's decisions. The District's counterclaim is dismissed with prejudice. The plaintiffs are entitled to a reasonable attorney fees and costs for their lawyer's work at the administrative level and in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2025