IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, C.B. and J.B.                                                    PLAINTIFFS/
                                                              COUNTER-DEFENDANTS

v.                           No. 4:23-cv-1039-DPM

PULASKI COUNTY SPECIAL SCHOOL                                    DEFENDANT
DISTRICT                                                   COUNTER-CLAIMANT

AMENDED JUDGMENT

The Court affirms the hearing officer's decisions, and enters Judgment for Jera and Chris Batterton, the parents of L.B., against the Pulaski County Special School District. The District's counterclaim is dismissed with prejudice. The Court also awards the Battertons a reasonable attorney's fee and costs of $47,512.28. The fee and costs are taxed as costs. 20 U.S.C. § 1415(i)(3)(B)(i). This Judgment shall bear interest at a rate of 3.50% per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2026